appellant; Hoffman & Davis, for appellee; Maurice L. Davis, of counsel. Opinion by JUSTICE KILEY. **Not to be published in full.** Opinion filed November 16, 1949; released for publication December 14, 1949.

## City of Chicago, Appellee, v. F. H. Holmes, Appellant.
## Gen. No. 44,751.

Litsinger, Gatenberg & Spuller, for appellant; John D. Clancy, Jr., of counsel; Benjamin S. Adamowski, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, and Harry H. Pollack, Assistant Corporation Counsel, of counsel. Opinion by PRESIDING JUSTICE TUOHY. **Not to be published in full.** Opinion filed November 21, 1949; released for publication December 2, 1949.

## Francesca Napolitano, Appellee, v. Bertha Marquis, Appellant.
## Gen. No. 44,799.

146